IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY BURKE,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| v. | : | No. 18-cv-2068 |
| **DEPUY SYNTHES COMPANIES, ET AL.,** | : | |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this 30th day of June, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 25), the response and reply thereto (ECF Nos. 31, 32), and for the reasons set forth in my accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Upon the agreement of the parties, Defendant Johnson & Johnson is **DISMISSED** from the action.

2. Defendant DePuy Synthes Sales, Inc.'s Motion for Summary Judgment is **GRANTED**.

3. Plaintiff's request to strike a clause within paragraph 59 of Defendants' "Statement of Undisputed Material Facts" (ECF No. 25-3) is **GRANTED**.

4. The Clerk of Court is directed to mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**